IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WALTER MAURICE SAVAGE,** | CIV S-04-1079 MCE PAN P |
| Petitioner, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **W. DUNCAN, Warden,** | |
| Respondent. | |

Respondent has file a request for an enlargement of time to file a response to the petition for writ of habeas corpus pursuant to this court's order of March 17, 2005.

Accordingly, IT IS HEREBY ordered that:

1. Respondent's request for an enlargement of time is granted;

2. Respondent shall file and serve a response to the petition within thirty days from the date of this order.

Dated:   May 17, 2005.

```
                                        /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge
```

1