United States District Court

Eastern District of California

Walter Maurice Savage,

    Petitioner,     No. Civ. S 04-1079 MCE PAN P

  vs.     Order

State of California, et al.,

    Respondents.

-oOo-

July 22, 2005, petitioner requested an extension of time to oppose respondents' motion to dismiss.  Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated:  July 28, 2005.

                                /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge