United States District Court

Eastern District of California

Walter Maurice Savage,

    Petitioner,         No. Civ. S 04-1079 MCE PAN P

  vs.                  Order

State of California, et al.,

    Respondents.

-oOo-

August 22, 2005, petitioner requested an extension of time to oppose respondents' motion to dismiss.  Good cause appearing, petitioner's request is granted and time is extended until October 15, 2005.  No further extensions will be granted absent a showing of manifest injustice.  Petitioner has not shown why access to the law library is necessary to oppose dismissal.

So ordered.

Dated: August 23, 2005.

                                  /s/ Peter A. Nowinski
                                PETER A. NOWINSKI
                                Magistrate Judge