United States District Court

Eastern District of California

Walter Maurice Savage,

    Petitioner,

vs.

State of California, et al.,

    Respondents.

No. Civ. S 04-1079 MCE PAN P

Order

-oOo-

Respondent moved June 17, 2005, to dismiss the petition as time-barred and plaintiff has not opposed.

August 22, 2005, petitioner requested an order granting access to the law library or legal assistance. Prisoners have a federal constitutional right of access to the courts to attack their sentences, directly or collaterally, and to challenge the conditions of their confinement. <u>Lewis v. Casey</u>, 518 U.S. 343 (1996). However, <u>Lewis v. Casey</u> does not guarantee access to a

///

1  prison law library or legal assistance to oppose a motion to
2  dismiss a petition for habeas corpus.
3      Petitioner's August 22, 2005, request for access to the law
4  library or legal assistance is denied.
5      The court grants petitioner a final extension to oppose the
6  motion to dismiss.  He may file and serve an opposition on or
7  before November 30, 2005.
8      So ordered.
9      Dated:  November 17, 2005.

                        /s/ Peter A. Nowinski
                        PETER A. NOWINSKI
                        Magistrate Judge