United States District Court

Eastern District of California

Walter Maurice Savage,

       Petitioner,                    No. Civ. S 04-1079 MCE PAN P

  vs.                                Order

State of CA, et al.,

       Respondents.

-oOo-

    February 6, 2006, petitioner requested an extension of time to object to January 24, 2006, findings and recommendations. Good cause appearing, petitioner's request is granted and time is extended until 10 days from the date this order is signed. No further extensions will be granted absent a showing of manifest injustice.

    So ordered.

    Dated:  February 9, 2006.

                                       /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge