IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER MAURICE SAVAGE,                No. 2:04-cv-1079-MCE-PAN-P

    Petitioner,

  v.                                  <u>ORDER</u>

STATE OF CALIFORNIA, et al.,

    Respondents.
                              /

    Petitioner, a state prisoner proceeding pro se, has filed an Application for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 24, 2006, the magistrate judge filed Findings and Recommendations herein which were served on all parties and which contained notice to all parties that any Objections to the Findings and Recommendations were to be filed within ten (10) days.

1

After receiving an extension of time, Petitioner has filed Objections to the Findings and Recommendations.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed January 24, 2006, are adopted in full;

2.  Respondents' June 17, 2005 Motion to Dismiss is granted; and

3.  This action is dismissed as untimely and as pleading claims that are unexhausted.

DATED: March 8, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] On February 10, 2006, the magistrate judge extended for ten days the time for filing objections.  On March 1, 2006, petitioner filed a request, dated February 23, 2006, for an additional extension of time to file objections.  On March 3, 2006, petitioner filed objections, dated February 28, 2006, to the findings and recommendations.  Petitioner's second request for extension of time is granted and the court has considered petitioner's objections.