IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER MAURICE SAVAGE,

    Petitioner,                      No. CIV S-04-1079 MCE PAN P

    vs.

STATE OF CALIFORNIA, et al.,

    Respondents.                <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's March 9, 2006 denial of his application for a writ of habeas corpus.[1]  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

---

[1] Petitioner presented his appeal to prison authorities for mailing on April 6, 2006.

1

1  For the reasons set forth in the magistrate judge's January 24, 2006 findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right. Accordingly, a certificate of appealability should not issue in this action.
4  IT IS SO ORDERED.
5  DATED: April 20, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE